UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE JONES                                                                CIVIL ACTION

VERSUS

KEENAN LETCHER, ET AL.                                   NO. 23-00053-BAJ-EWD

RULING AND ORDER

This *pro se* civil rights action asserts a violation of Plaintiff's Eighth Amendment rights and requests monetary, injunctive, and declaratory relief. Based on the screening permitted by 28 U.S.C. § 1915(e), and required by 28 U.S.C. § 1915A, the Magistrate Judge has issued a **Report and Recommendation (Doc. 10, the "Report")**, recommending that (1) Plaintiff's claims against Defendant Tim Hooper and Plaintiff's claim for deliberate indifference to a serious medical need against Keenan Letcher be dismissed without prejudice to Plaintiff's right to amend; (2) that Plaintiff's claim regarding violation of prison rules/regulations be dismissed with prejudice; (3) that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims; and (4) that this matter be referred for entry of a scheduling order on Plaintiff's remaining claim, which is against Defendant Keenan Letcher for money damages for alleged use of excessive force on June 2, 2021. (*See id.* at 2). The deadline to object to the Report has passed, without any objection from either party.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims for violation of prison rules be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claim against Defendant Timothy Hooper, and his claim against Defendant Keenan Letcher for deliberate indifference, be and are hereby **DISMISSED WITHOUT PREJUDICE**. On or before October 24, 2024, Plaintiff may file an amended complaint that addresses the issues with these claims that were highlighted by the Magistrate Judge in her Report. (*See* Report at 5–10).

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Plaintiff's claim for monetary relief against Defendant Letcher in his individual capacity for alleged use of excessive force remains pending.

**IT IS FURTHER ORDERED** that this matter be and is hereby referred back to the Magistrate Judge for further proceedings consistent with this Order.

Baton Rouge, Louisiana, this 24th day of September, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA