UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE JONES** | **CIVIL ACTION** |
| **VERSUS** | |
| **KEENAN LETCHER, ET AL.** | **NO. 23-00053-BAJ-EWD** |

## RULING AND ORDER

This *pro se* civil rights action asserts a violation of Plaintiff's Eighth Amendment rights and requests monetary, injunctive, and declaratory relief. Based on the screening permitted by 28 U.S.C. § 1915(e), and required by 28 U.S.C. § 1915A, the Magistrate Judge has issued a **Report and Recommendation (Doc. 13, the "Report")**, recommending that (1) all Plaintiff's claims against Defendant Tim Hooper ("Defendant Hooper") be dismissed with prejudice; (2) Plaintiff's claim against Defendant Keenan Letcher ("Defendant Letcher") for deliberate indifference to a serious medical need be dismissed with prejudice; and (3) that this matter be referred for further proceedings on Plaintiff's remaining claim for monetary relief against Defendant Letcher for the alleged act of excessive force on June 2, 2021. (*See id.* at 2). The deadline to object to the Report has passed, without any objection from either party.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that all Plaintiff's claims against Defendant Hooper be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claim against Defendant Letcher for deliberate indifference to a serious medical need, be and is hereby **DISMISSED WITH PREJUDICE**.

Plaintiff's claim for monetary relief against Defendant Letcher in his individual capacity for alleged use of excessive force remains pending.

**IT IS FURTHER ORDERED** that this matter be and is hereby referred back to the Magistrate Judge for further proceedings consistent with this Order.

Baton Rouge, Louisiana, this 29th day of May, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2