**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILLIE JONES (#573876)** | **CIVIL ACTION NO.** |
| **VERSUS** | **23-53-BAJ-EWD** |
| **KENNAN LETCHER, ET AL** | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT**, through undersigned counsel, comes Keenan Letcher, who respectfully move for an extension of time to file responsive pleadings pursuant to Local Rule 7(a).

1.

Defendant was served with Plaintiff's petition on February 26, 2026[1].

2.

Undersigned counsel has only just been assigned this matter and requires additional time to review the record of this case and investigate information in order to properly offer fair and correct responsive pleadings.

3.

Undersigned counsel certifies that no previous extension of time to plead has been requested by the Defendant in this matter.

4.

Accordingly, Defendant respectfully request an extension of twenty-one days (21) to file responsive pleadings from the date responsive pleadings would be due.

[1] Rec. Doc. 33

**WHEREFORE,** pursuant to Local Rule 7(a) and upon proper certification as required therein, Defendant, Kennen Letcher prays that this Court grant the instant motion, and that he be given an extension of twenty-one (21) days from the date responsive pleadings would be due to file a responsive pleading on his behalf.

Respectfully Submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

BY: *s/ Matthew P. Roth*
Matthew P. Roth (#37527)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 3rd Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: RothM@ag.louisiana.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 19, 2026, undersigned electronically filed the above-entitled pleading with the Clerk of Court by using CM/ECF system and a copy of the foregoing was provided to Pro Se Inmate Plaintiff via U.S. First Class Mail, to the below name and address:

***Pro Se Plaintiff***
Willie Jones
#573876
Louisiana State Penitentiary
Angola, LA 70712

*s/ Matthew P. Roth*
Matthew P. Roth
Assistant Attorney General