**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILLIE JONES (#573876)** | **CIVIL ACTION NO.** |
| **VERSUS** | **23-53-BAJ-EWD** |
| **KENNAN LETCHER, ET AL** | |

**DEFENDANTKENNAN LETCHER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

**MAY IT PLEASE THE COURT:**

Defendant, Keenan Letcher respectfully requests an extension of time to file responsive pleadings on his behalf.

## I. STATEMENT OF THE CASE

At all times pertinent to this case, Plaintiff was an inmate housed in Louisiana State Penitentiary in Angola. On January 27, 2023, Plaintiff filed his *Complaint*[1] in the Middle District of Louisiana. On February 26, 2026, Kennan Letcher was served with Plaintiff's petition. Responsive pleadings are currently due on March 19, 2026.[2]

## II. LAW AND ARGUMENT

Pursuant to the Middle District Local Rules, upon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, then on an ex parte motion and order, the Court will allow one extension for a period of twenty-one days from the time the pleading would otherwise be due.[3] Kennan Letcher has not yet filed for an extension of time; a review of today's electronic record, prior to the time of this motion's filing, shows that Plaintiff has not filed in the record an

[1] R. Doc. 1
[2] R. Doc. 33.
[3] MDLA Local Rule 7(a).

objection to an extension of time. Therefore, undersigned counsel is requesting that Defendant be given an extension of twenty-one days (21) to file responsive pleadings from the date responsive pleadings would be due.

## III. CONCLUSION

Defendant Keenan Letcher prays that this Court grant the instant motion, and that he be given an extension of twenty-one (21) days from the date responsive pleadings would be due to file a responsive pleading on his behalf.

Respectfully Submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

BY: *s/ Matthew P. Roth*
Matthew P. Roth (#37527)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 3rd Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: RothM@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 19, 2026, undersigned electronically filed the above-entitled pleading with the Clerk of Court by using CM/ECF system and a copy of the foregoing was provided to Pro Se Inmate Plaintiff via U.S. First Class Mail, to the below name and address:

***Pro Se Plaintiff***
Willie Jones
#573876
Louisiana State Penitentiary
Angola, LA 70712

*s/ Matthew P. Roth*
Matthew P. Roth
Assistant Attorney Genera