**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILLIE JONES (#573876)** | **CIVIL ACTION NO.** |
| **VERSUS** | **23-53-BAJ-EWD** |
| **KENNAN LETCHER, ET AL** | |

**ORDER**

Considering the foregoing *Motion for Extension of Time to File Responsive Pleadings on Behalf of Keenan Letcher*:

**IT IS ORDERED** that the Motion be **GRANTED** and Defendant Keenan Letcher be given an extension of twenty-one (21) days from the date responsive pleadings would be due to file a responsive pleading on his behalf.

Baton Rouge, Louisiana, this ______ day of ______________, 2026.

______________________________

**MAGISTRATE JUDGE ERIN WILDER DOOMES**
**MIDDLE DISTRICT OF LOUISIANA**